### BUTLER et al. v. STATE.

(Court of Criminal Appeals of Texas. April 19, 1911.)

CRIMINAL LAW (§ 1090*)—APPEAL RECORD—QUESTIONS PRESENTED FOR REVIEW.

In the absence of a statement of facts or a bill of exceptions, matters of fact set up in a motion for new trial in a criminal case will not be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2804, 2862; Dec. Dig. § 1090.*]

Appeal from District Court, Travis County; Chas. A. Wilcox, Judge.

Dede Butler and another were convicted of crime, and appeal. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. There being no statement of facts or bills of exceptions in the record, the matters set up in the motion for new trial will not be revised, and in fact cannot be revised, in the absence of the evidence.

The judgment is affirmed.